BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

The following constitutes the order of the court.
Signed October 10, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FIDEL JUANITEZ LUGTU and<br>LOURDES BONDOC LUGTU,<br><br>Debtors, | Case No. 17-43008-WJL<br><br>RS No.: RJR-2<br><br>Chapter Number: 13<br><br>**ORDER FOR ADEQUATE PROTECTION**<br><br>DATE: September 19, 2018<br>TIME: 9:30 a.m.<br>CTRM: 220 |

///

///

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY (the "Motion") in this case having been filed by TRINITY FINANCIAL SERVICES, LLC ("Trinity") and having been heard before the Honorable William J. Lafferty, United States Bankruptcy Judge, on September 19, 2018, Trinity appearing by and through its attorney Joel Moon, and the Debtors appearing through their attorney, Scott Johnson, and service having been made, the Court, having read the filings by the parties, hereby makes its Order as follows:

IT IS HEREBY ORDERED THAT with respect to the real property commonly known as 37004 Arden Street, Newark, CA 94560 (the "Property"), and more fully described as follows:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4840-5517-5283 v2
06836-0091

- 1 -

NOTICE OF NO OPPOSITION TO MOTION
FOR RELIEF FROM AUTOMATIC STAY

Case: 17-43008   Doc# 38   Filed: 10/10/18   Entered: 10/10/18 17:34:29   Page 1 of 5

> All that certain real property in the County of Alameda, State of California, described as follows:
>
> Parcel 1:
>
> Lot 3, as said Lot is shown on the Map of "Zorn' Addition, Newark, Alameda County, California", filed February 9, 1927, in Book 7 of Maps, at Page 41, in the Office of the County Recorder of Alameda.
>
> Parcel 2:
>
> Beginning at the most Northern corner of Lot 3, as said lot is shown on the Map of Zoms' Addition, Newark, Alameda County, California", filed February 9, 1927, in Book 7 of Maps, at Page 41, in the Office of the County Recorder of Alameda County; running thence North 27' 10" East 11.27 feet; thence South 61' 15" East 60.01 feet; thence South 27' 01" West 12.01 feet to the most Eastern corner of said Lot 3; thence along the Northeastern line of said Lot 5 North 60' 30" West 50.03 feet to the point of beginning.
>
> Being a portion of that certain parcel of land conveyed to Marie Zorns by Deed dated October 4, 1926, recorded February 9, 1927, in Book 1543 of Official Records of Alameda County, at Page 24

the automatic stay of 11 U.S.C. § 362 remains in effect subject to the following conditions:

The Debtors must tender twelve (12) regular post-petition monthly payments in the amount of $434.18 to Trinity on a timely basis, commencing October 2018 and continuing thereafter through and including September 2019;

The Debtors are also to maintain as current their monthly arrearage payments on Trinity's claim payable under their confirmed Chapter 13 plan; AND

The Debtors must make eleven additional monthly payments of $257.41 and one additional monthly payment of $257.42, for a total of twelve additional monthly payments (payable at the same time as their regular post-petition monthly payments), in order to cure their post-petition default of $3,088.93 as of the time of the filing of the Motion.

IT IS FURTHER ORDERED that all payments to Trinity under this Order for Adequate Protection must be paid to Trinity at the following address:

Trinity Financial Services, LLC
2618 San Miguel Drive
Suite 303
Newport Beach, CA 92660

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4840-5517-5283 v2
06836-0091

- 2 -

NOTICE OF NO OPPOSITION TO MOTION
FOR RELIEF FROM AUTOMATIC STAY

Case: 17-43008    Doc# 38    Filed: 10/10/18    Entered: 10/10/18 17:34:29    Page 2 of 5

IT IS FURTHER ORDERED that the Debtors must maintain insurance coverage on the Property and must remain current on all taxes that come due post-petition with regard to the Property.

IT IS FURTHER ORDERED that upon any default in the terms and conditions set forth above, Trinity must serve written notice of default to the Debtors and the Debtors' attorney, if any. If the Debtors fail to cure the default within 3 days after service of such written notice, Trinity may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing. Trinity may serve the written notice of default on the Debtors via first class mail and on Debtors' counsel via email at SagariaBK@sagarialaw.com.

IT IS FURTHER ORDERED THAT notwithstanding anything contained in this Adequate Protection Order to the contrary, the Debtor shall be entitled to a maximum of <u>one</u> notice of default and opportunities to cure pursuant to the preceding paragraph. Once the Debtor has defaulted <u>one time</u> on the obligations imposed by this order and has been served with <u>one</u> notice of default, Trinity is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Trinity will be entitled, without further notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failure to perform under this Order for Adequate Protection, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

IT IS FURTHER ORDERED THAT this Order for Adequate Protection is binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by order of this Court or by operation of law, this Order for Adequate Protection ceases to be binding and Trinity may proceed to enforce its remedies under applicable nonbankruptcy law against the Property.

IT IS FURTHER ORDERED THAT if Trinity obtains relief from stay based on Debtor's defaults under this Adequate Protection Order, the order granting relief will contain a waiver of the fourteen-day stay provided in FRBP 4001(a)(3).

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4840-5517-5283 v2
06836-0091

- 3 -

NOTICE OF NO OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 17-43008    Doc# 38    Filed: 10/10/18    Entered: 10/10/18 17:34:29    Page 3 of 5

IT IS FURTHER ORDERED THAT Trinity may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which Movant would otherwise have been entitled under applicable nonbankruptcy law.

*** END OF ORDER ***

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4840-5517-5283 v2
06836-0091

- 4 -

NOTICE OF NO OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 17-43008    Doc# 38    Filed: 10/10/18    Entered: 10/10/18 17:34:29    Page 4 of 5

**COURT SERVICE LIST**

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4840-5517-5283 v2
06836-0091

- 5 -

NOTICE OF NO OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 17-43008    Doc# 38    Filed: 10/10/18    Entered: 10/10/18 17:34:29    Page 5 of 5